IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JONATHAN FELTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 324-034 |
| | ) | |
| ANDREW MCFARLANE, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

_____

**O R D E R**

_____

The above-captioned petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254 and challenging a conviction entered in the Superior Court of Richmond County, Georgia, was filed in the Dublin Division.  Because Richmond County is located in the Augusta Division, the Court **TRANSFERS** the case to the Augusta Division as Civil Action Number 1:24-CV-079.  All future filings related to this petition should be filed under this new Civil Action Number in the Augusta Division of this Court.

SO ORDERED this 30th day of May, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA